Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

### Northern District of Ohoi

### Eastern Division

**FILED**

MAY 1 6 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Daisy Jean Moles

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

–v–

Angela Smith, Shawn Douglas, Michelle Hayes, Brian
Horvath, Jean Sency, Jeff Thompson, Jack Whaley

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. **1:25 CV 0 1 0 0 8**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

**JUDGE NUGENT**

Paid 5/16/25 Receipt #1503?? AF
$495.00

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Daisy Moles |
| Street Address | P.O. Box 104 |
| City and County | Fairborn, Greene County |
| State and Zip Code | Ohio 45324 |
| Telephone Number | 937-689-3563 |
| E-mail Address | venusvanguard22@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Angela Smith |
| Job or Title *(if known)* | Superintendent |
| Street Address | 1956 Red Bird Rd. |
| City and County | Madison, Lake County |
| State and Zip Code | Ohio, 44057 |
| Telephone Number | 440-428-2166 |
| E-mail Address *(if known)* | Angela.Smith@madisonschools.net |

Defendant No. 2

| | |
|---|---|
| Name | Shawn Douglas |
| Job or Title *(if known)* | School Board President |
| Street Address | 1950 Red Bird Rd |
| City and County | Madison, Lake County |
| State and Zip Code | Ohio, 44057 |
| Telephone Number | 440-428-2166 |
| E-mail Address *(if known)* | shawn.douglas@madisonschools.net |

Defendant No. 3

| | |
|---|---|
| Name | Michelle Hayes |
| Job or Title *(if known)* | School Board Member |
| Street Address | 1950 Red Bird Rd |
| City and County | Madison, Lake County |
| State and Zip Code | Ohio, 44057 |
| Telephone Number | 440-428-2166 |
| E-mail Address *(if known)* | michelle.hayes@madisonschools.net |

Defendant No. 4

| | |
|---|---|
| Name | Jack Whaley |
| Job or Title *(if known)* | Prncipal |
| Street Address | Madison High School 3100 Burns Road |
| City and County | Madison, Lake County |
| State and Zip Code | Ohio, 44057 |
| Telephone Number | 440-428-2161 |
| E-mail Address *(if known)* | jack.whaley@madisonschools.net |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Jeff Thompson |
| Job or Title *(if known)* | School Board Membe4r |
| Street Address | 1956 Red Bird Rd. |
| City and County | Madison, Lake County |
| State and Zip Code | Ohio, 44057 |
| Telephone Number | 440-428-2166 |
| E-mail Address *(if known)* | jeff.thompson@madisonschools.net |

**Defendant No. 2**

| | |
|---|---|
| Name | Brain Horvath |
| Job or Title *(if known)* | School Board Member |
| Street Address | 1950 Red Bird Rd |
| City and County | Madison, Lake County |
| State and Zip Code | Ohio, 44057 |
| Telephone Number | 440-428-2166 |
| E-mail Address *(if known)* | brian.horvath@madisonschools.net |

**Defendant No. 3**

| | |
|---|---|
| Name | Jean Sency |
| Job or Title *(if known)* | School Board Member |
| Street Address | 1950 Red Bird Rd |
| City and County | Madison, Lake County |
| State and Zip Code | Ohio, 44057 |
| Telephone Number | 440-428-2166 |
| E-mail Address *(if known)* | jean.sency@madisonschools.net |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | t |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.        Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship


Fill out the paragraphs in this section that apply to this case.

### A.        If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983 – Violation of constitutional rights under the First and Fourteenth Amendments to the U.S. Constitution

### B.        If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

    a.    If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

    and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.    If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is incorporated under

        the laws of the State of *(name)* _____, and has its

        principal place of business in the State of *(name)* _____.

        Or is incorporated under the laws of *(foreign nation)* _____,

        and has its principal place of business in *(name)* _____.

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

    The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

    _____

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

See Attached

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks compensatory damages in excess of $75,000, punitive damages against individual defendants, and attorney's fees and costs under 42 U.S.C. § 1988. Plaintiff also requests any further relief the Court deems just and proper

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           05/13/2025

Signature of Plaintiff        *Daisy J. Moles*
Printed Name of Plaintiff      Daisy J Moles

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address