**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeff Thompson
1956 Red Bird rd.
Madison OH
44057

9590 9402 8924 4064 8175 48

2. Article Number (Transfer from service label)

589 0710 5270 2361 1166 70

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Kirby
☒ Agent
☐ Addressee

B. Received by (Printed Name): Andrea Kirby
C. Date of Delivery: 5-21-25

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

25 998

Domestic Return Receipt

USPS TRACKING #

CLEVELAND OH 440

21 MAY 2025 PM 1 L

9590 9402 8924 4064 8175 48

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Clerk, United States District Court
Northern District of Ohio
Carl B. Stokes Building
801 Superior Ave
Cleveland, OH 44113

13-182999