UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | | |
|---|---|---|
| MOLES, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25 CV 1008 |
| | ) | |
| v. | ) | ORDER OF REFERRAL |
| | ) | |
| SMITH, ET AL., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The above captioned case is hereby referred to Magistrate Judge Reuben J. Sheperd for pretrial supervision. The Magistrate Judge is hereby authorized to: (1) oversee service of the Complaint and orders of the Court; (2) conduct a Case Management Conference and Status Hearing; (3) enter and enforce non-dispositive pretrial orders including, but no limited to, orders pertaining to discovery matters; (4) sign all stipulated orders; and, (5) rule on all non-dispositive motions. The Magistrate Judge shall also (6) "issue any preliminary orders and conduct any necessary evidentiary hearing or other appropriate proceeding," Local Rule 72.1, and file with the Court a report containing proposed findings and recommendation for disposition of case-dispositive

motions.  The Court reserves the right to rule directly on any matter filed in the within matter.

This case shall be returned to this Court when ready for trial unless all parties consent to trial before Magistrate Judge Sheperd.

IT IS SO ORDERED.

/s/ Donald C. Nugent  
DONALD C. NUGENT  
United States District Judge

DATE: June 13, 2025