IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DAISY MOLES,**
Plaintiff,
v.
**ANGELA SMITH, et al.,**
Defendants.

FILED

JUL 02 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**Case No. 1:25-cv-01008**
**Judge Donald C. Nugent**
**Magistrate Judge Reuben J. Shepard**

# PLAINTIFF'S MOTION FOR LEAVE TO FILE AND SERVE ELECTRONICALLY

Plaintiff Daisy Moles, appearing pro se, respectfully moves the Court for leave to:

1. File documents electronically via the CM/ECF system; and

2. Receive electronic service of all Court orders, filings, and notices at the email address listed below.

This request is made in the interest of efficiency, equal access, and to ensure timely communication. Plaintiff resides approximately four hours from the courthouse, and electronic filing will significantly reduce delay, cost, and logistical burden.

Plaintiff has reliable internet access, the ability to create and submit documents in PDF format, and is prepared to comply with all applicable CM/ECF procedures.

This motion seeks parity with Defendants' counsel, who are currently receiving and filing documents electronically. Plaintiff clarifies that this motion applies only to filings from the Court and through the docket — it does not alter how Defendants serve their filings under the Federal Rules.

Pro se litigants are permitted electronic filing in this District with leave of court, and Plaintiff respectfully requests such leave.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

Daisy Moles
P.O. Box 104
Fairborn, Ohio 45324
937-689-3563
Venusvanguard22@gmail.com
Dated: 7/2/2025

---

### CERTIFICATE OF SERVICE

I hereby certify that on this 2 day of July, 2025, a true and correct copy of the foregoing *Plaintiff's Motion for Leave to File and Receive Court Filings Electronically* and [Proposed] Order was served via email to

**Attorney for Defendants**
**Kathryn I Perrico**
**kperrico@ralaw**

**Respectfully submitted,**

**Daisy Moles**
**P.O. Box 104**
**Fairborn, OH 45324**
**Venusvanguard22@gmail.com**
**937.689.3563**