**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE AND RECEIVE COURT FILINGS ELECTRONICALLY**

This matter is before the Court on Plaintiff's Motion for Leave to File and Receive Court Filings Electronically. The Court finds the motion well taken.

IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file documents electronically via the CM/ECF system for the duration of this case, subject to all applicable local rules and technical requirements; and

2. Plaintiff may receive Court orders, notices, and other docket communications electronically at the email address listed in her motion.

The Clerk of Court is directed to initiate the necessary procedures to authorize Plaintiff's CM/ECF access.

IT IS SO ORDERED.

Dated: _____

_____

**Judge Reuben J. Shepard**
United States Magistrate Judge